# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

137049

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

HOWARD JAMAL SANDERS,
            Defendant-Appellant.

SC: 137049
COA: 285902
Wayne CC: 06-003474

_____/

On order of the Court, the application for leave to appeal the July 9, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court to determine whether the defendant should be awarded jail credit and, if the court finds that he is entitled to such credit, to apply the credit to the sentence in this case. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

Clerk